UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

May 22, 2017

MEMO TO COUNSEL RE: CX Reinsurance Co. Ltd. v. B&R Management, Inc.
Civil No. JFM-17-363

Dear Counsel:

I have reviewed the memoranda submitted in connection with defendants' motion to stay case. The motion (document 33) is granted. I am satisfied that continuity in the representation of defendants is the controlling factor and that CX Re should continue to provide defendants with representation in the underlying action. Of course, if the ruling in the *Loyal* appeal is affirmed, I will reconsider my ruling.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge